USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/18/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY FRANKLIN, *on behalf of himself and others similarly situated*,

        Plaintiff,

-against-

FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX CORPORATION,

        Defendants.

21 Civ. 2204 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference scheduled for May 19, 2021, at 11:20 a.m. is RESCHEDULED to **May 19, 2021**, at **10:00 a.m.**

    SO ORDERED.

Dated: May 18, 2021
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge