# LEE LITIGATION GROUP

148 WEST 24TH STREET, EIGHTH
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.CO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/28/2021__

WRITER'S DIRECT:    212-465-1188
cklee@leelitigation.com

July 28, 2021

**VIA ECF**

The Honorable Analisa Torres U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Franklin v. FedEx Ground Package System, Inc.*
      No. 21-cv-02204-AT

Dear Judge Torres:

This firm represents Plaintiff in the above-referenced matter. We write, jointly with counsel for Defendant, to respectfully request that the deadlines for the above-referenced action be stayed pending the completion of parties' mediation, to be held on October 14, 2021.

After several discussions, the parties have agreed to engage in private class-wide mediation with a well-respected employment law mediator, Mr. Martin Scheinman, on October 14, 2021. This date is the earliest that Mr. Scheinman, whom the parties found mutually agreeable, had available that was feasible for all parties and counsel involved.

The parties propose that they jointly report to the Court concerning the outcome of the mediation on or before October 28, 2021. If the parties have been unable to reach a resolution by this date, they propose that they submit with their joint letter a proposed amended Scheduling Order for this matter.

We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

DENIED.

SO ORDERED.

Dated: July 28, 2021
New York, New York

ANALISA TORRES
United States District Judge