UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HENRY FRANKLIN, *on behalf of himself and others similarly situated,*

                Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

                Defendant.

Case No.: 21-cv-02204

**STIPULATION OF DISMISSAL**

---

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that all claims of Plaintiff described in the Complaint are voluntarily dismissed without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The claims dismissed herein are not wage claims and judicial review under *Cheeks v. Freeport Pancake House, Inc.* is not applicable.

Dated: October 14, 2021

[signature]

C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
(212) 899-9965

*Attorney for Plaintiff*

Dated: October 14, 2021

[signature]

Melissa Camire, Esq.
Fisher & Phillips LLP
The New York Times Building
620 Eighth Avenue, 36th Floor
New York, NY 10018

*Attorneys for Defendant FedEx Ground Package System, Inc.*

1